In the Supreme Court of Georgia

Decided June 19, 2017

S17A0324. REGISTER et al. v. GREEN BULL GEORGIA PARTNERS, LLC et al.
S17X0325. GREEN BULL GEORGIA PARTNERS, LLC et al. v. REGISTER et al.
S17X0326. MILLS v. REGISTER et al.

PER CURIAM.

The judgments of the court below are affirmed without opinion pursuant to Supreme Court Rule 59.

Affirmed without opinion. All the Justices concur, except Peterson, J., not participating.